FILED

2015 OCT -8  PM 12: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

7h

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COBB, | Case No.:  13-cv-1353-BEN (JMA) |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| RAMIRO RODRIGUEZ, ALEX CALDERSON, CHIEF WILLIAM LANSDOWNE, CITY OF SAN DIEGO, and DOES 1 through 10, | |
| Defendants. | |

   Before this Court is a Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 60(b)(1) and (6), filed by Defendants City of San Diego, Alex Calderson, and Ramiro Rodriguez.  (Docket No. 46.)  For the reasons stated below, the Motion is **DENIED**.

## BACKGROUND

   Plaintiff John Cobb, proceeding pro se, filed a civil rights complaint on June 11, 2013.  (Docket No. 1.)  Plaintiff subsequently filed and served a First Amended Complaint and the operative Second Amended Complaint ("SAC").  On July 10, 2015, Defendants filed their third Motion to Dismiss pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6).  (Docket No. 39.)  Defendants argued that the SAC should be

13CV1353

1  dismissed for failure to comply with Rule 8 because it was full of rambling and disjointed
2  allegations.  For no additional reasons, Defendants also argued that the SAC should be
3  dismissed under Rule 12(b)(6).  On September 11, 2015, the Court dismissed eleven of
4  Plaintiff's fourteen claims, and ordered Defendants to file an Answer within fourteen
5  days.  (Docket No. 42.)  Defendants then asked for an extension of time to file their
6  Answer, which this Court granted in part.  (Docket No. 45.)  Defendants' deadline to
7  Answer was October 5.  Rather than complying, Defendants filed the instant Motion for
8  Reconsideration.

## DISCUSSION

10  Defendants state that this Court erred when it did not dismiss Plaintiff's Claim 8
11  for conspiracy under Rule 12.

12  Under Rule 60(b), a court may relieve a party from a final judgment, order, or
13  proceeding for "mistake, inadvertence, surprise, or excusable neglect;" or "any other
14  reason that justifies relief."  Fed. R. Civ. P. 60(b)(1), (6).  But, "[a] motion for
15  reconsideration is not the proper avenue for raising legal theories that could have been,
16  but were not, raised before the Court issued the order for which reconsideration is
17  sought."  *Antoninetti v. Chipotle Mexican Grill, Inc.*, 2007 WL 2456223, at *2 (S.D. Cal.
18  Aug. 23, 2007); *see also Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th
19  Cir. 2000); *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).

20  Defendants ask this Court to reconsider its September 11 Order and dismiss Claim
21  8.  In support, Defendants, for the first time, cite authority related to federal and
22  California conspiracy claims, and argue that Plaintiff failed to state a plausible claim for
23  relief.  However, the entirety of Defendants' Rule 12(b)(6) analysis in their July 10
24  Motion to Dismiss went as follows:

25  　　　As demonstrated [under the Rule 8 analysis] above, Plaintiff's SAC is
26  replete with rambling, confusing and irrelevant factual allegations followed
    by causes of action that contain conclusory allegations with formulaic
27  recitations of the elements of the causes of action alleged therein.  Once the
    conclusory statements are removed from the FAC [sic], there are insufficient
28  factual allegations upon which a plausible cause of action can be found.

13CV1353

1    Accordingly, Defendants ask that this Court dismiss Plaintiffs First

2  [sic] Amended Complaint for failure to comply with FRCP 12(b)(6).

3  (Docket No. 39, Defs. Mot. To Dismiss at 9.)

4    Defendants make no argument or provide any explanation for why they failed to

5  raise these legal theories and arguments before the Court in their initial motion.  In

6  addition, Defendants cite to no new authority—only authority that existed well before the

7  Court issued its Order.  Finally, Defendants present no argument to show that this Court

8  denied their motion to dismiss Claim 8 due to a mistake, inadvertence, surprise, or

9  excusable neglect.  The Court therefore **DENIES** Defendants' Motion.  Defendants must

10  file an Answer immediately.

11    **IT IS SO ORDERED.**

12

13  Dated: October ___, 2015

14                                                 Hon. Roger T. Benitez

15                                                 **United States District Judge**

16

17

18

19

20

21

22

23

24

25

26

27

28

3